Andrew L. Kraushaar, OSB #104285
Kolego and Kraushaar
Attorneys at Law, Inc
834 Pearl Street
Eugene, Oregon 97401
Telephone: (541)484-1066
Fax: (541)344-4151

Attorney for KYLE VANALSTINE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                Plaintiff,

                Case No. 6:24-cr-00358-MTK

      v.

KYLE VANALSTINE,                **DEFENDANT'S SENTENCING MEMORANDUM**

                Defendant.

The Defendant, Kyle Vanalstine, submits this Sentencing Memorandum for the Court's consideration at his sentencing, presently set for July 7, 2026 at 2:00pm.

## I.    INTRODUCTION

Mr. Vanalstine appeared before this Court on December 4, 2025 and entered a plea of guilty to Count 1 and Count 2 of the Information pursuant to a plea agreement with the Government.  He was arrested in this matter on January 5, 2024 and has remained in-custody since that date. He was initially arrested, charged and convicted for state charges related to this offense (24CR01307) and sentenced to the Oregon Department of Corrections. He made his initial appearance in this matter on November 6,

Defendant's Sentencing Memorandum                Page 1 of 3

2024, and has been lodged at FDC Sheridan since. His state sentence ended on May 29, 2026. At the time of sentencing, he will have credit for 39 days in federal custody on this offense, as he does not receive federal pre-trial credit while he was serving his state sentence while in federal custody. *See* 18 USC § 3585(b); *United States v. Cole*, 416 F.3d 894 (8th Cir. 2005).

Mr. Vanalstine has had the final Presentence Report and the Government's Sentencing Memorandum read to him.

### a. USSG Guidelines Calculation

Mr. Vanalstine objects to the PSR's criminal history calculation for the reasons noted in the defense's objection letter that is attached to the PSR. The defense objects to applying 3 criminal history points in relation to Mr. Vanalstine's conviction in 24CR10307 as a "prior sentence." "The terms "prior sentence" means any sentence previously imposed upon adjudication of guilt… for conduct not part of the instant offense." USSG §4A1.2. 24CR10307 represents conduct that is part of the instant offense because it relates to the same act, transaction and investigation as Count 1 in this case. The PSR writer agrees with that conclusion in its response the objection. Because that conviction involves identical conduct to Count 1 of this case, it should not be considered a prior sentence pursuant to U.S.S.G. § 4A1.2(a)(1) and for the purposes of his guidelines calculation he should be classified in Criminal History Category V. The defense does not object to the offense level of 30 contained in the PSR.

//

//

//

Defendant's Sentencing Memorandum                                            Page 2 of 3

## II.    RECOMMENDED SENTENCE

Pursuant to the plea agreement agreed to by the parties, the defense is allowed to seek a downward variance pursuant to 18 USC § 3553(a).  When applying the 3353(a) factors the defense requests that the court impose a downward variance and sentence Mr. Vanalstine to a sentence of 40 months and 5 years supervised release.

DATED this 30th day of June 2026.

By:    /S/*Andrew L. Kraushaar*
Andrew L. Kraushaar, OSB 104285
Attorney for Defendant
Kyle Vanalstine