## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff, | **Case No.: 6:24–cr–00358–MTK** |
| **v.** | **REVOCATION OF RELEASE AND DETENTION ORDER** |
| **DANIEL KNAPP, et al.**<br>Defendant. | |

### Violation of Pretrial Release

After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the Court finds that:

**(1)**   ☐   There is probable cause to believe Defendant Daniel Knapp has committed a federal, state, or local crime while on release and has not rebutted the presumption that Defendant's release will endanger another or the community, *or*

☐   There is clear and convincing evidence that the defendant has violated another condition of release, *or*

☑   The defendant stipulates that Defendant violated a condition of release, *and*

**(2)**   ☑   based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that Defendant Daniel Knapp will not flee or pose a danger to the safety of another person or the community, *or*

☐   the defendant is unlikely to abide by any condition or combination of conditions of release.

THEREFORE, pursuant to 18 U.S.C. § 3148, the Court revokes the defendant's order of release and detains the defendant.

**DATED** this 10th day of July, 2026

/s/Mustafa T. Kasubhai

Honorable Mustafa T. Kasubhai
United States District Judge.